IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TODD DARRELL BALLARD,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL CLARK,[1] Superintendent, SCI-ALBION, JOHN WETZEL, Secretary of Pennsylvania Department of Corrections; DISTRICT ATTORNEY OF ALLEGHENY COUNTY, and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA,<br><br>Respondents. | Civil No. 14-cv-1453<br><br>Judge Nora Barry Fischer |

**ORDER**

**AND NOW**, this 12th day of December, 2018, in accordance with the foregoing Memorandum Opinion,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 65) is **ADOPTED** as the Opinion of the Court as supplemented herein.

**IT IS FURTHER ORDERED** that Petitioner's Petition for Publication (ECF No. 73) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED.**

---

[1] Effective March 27, 2016, Michael Clark was appointed as the Superintendent of SCI-Albion. Under Federal Rule of Civil Procedure 25(d)(1), he is automatically substituted as the respondent in this action.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

s/ Nora Barry Fischer
Nora Barry Fischer
United States District Judge

cc/ecf: All counsel of record

Todd Darrell Ballard
HK-0416
SCI Albion
10745 Route 18
Albion, PA 16475